No. 151. FIRST TRUST & DEPOSIT CO. ET AL., EXECUTORS, *v.* SHAUGHNESSY, COLLECTOR OF INTERNAL REVENUE. October 11, 1943. Petition for writ of certiorari

to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Henry S. Fraser* for petitioners. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key* and *Edward First,* and *Miss Helen R. Carloss* for respondent.